

Thursday, June 30, 2011

No. 11–0497/MC. U.S. v. Desmond J. Horton. CCA 201000481. Review granted on the following issues:

I. WHETHER THE COURT OF CRIMINAL APPEALS ERRED AS A MATTER OF LAW IN DECLINING TO APPLY MELENDEZ–DIAZ v. MASSACHUSETTS, IN APPLYING THE CONSTITUTIONAL HARM-LESSNESS TEST INCORRECTLY, AND IN ASSERTING THAT UNIT-ED STATES v. MAGYARI CONTROLS WHEN IT HELD THAT: (1) DRUG LABORATORY DOCUMENTS ARE NON–TESTIMONIAL IN NATURE; (2) DRUG LAB REPORTS ARE BUSINESS RECORDS THAT FALL UNDER THE HEARSAY EXCEPTION, AND (3) THERE WAS NOTHING TO SUGGEST THAT THE LAB REPORT WAS GENERAT-ED FOR COURT–MARTIAL USE.

II. WHETHER IN LIGHT OF THE UNITED STATES SUPREME COURT'S RULING IN *MELENDEZ–DIAZ*, THE ADMISSION OF RE-PORTS GENERATED BY ABSENT, UNTESTED LAB TECHNICIANS IN VIOLATION OF APPELLANT'S SIXTH AMENDMENT RIGHT TO CONFRONT THE WITNESSES AGAINST HIM AMOUNTED TO EI-THER INEFFECTIVE ASSISTANCE ON THE PART OF THE TRIAL DEFENSE COUNSEL OR PLAIN ERROR ON THE PART OF THE JUDGE.

No briefs will be filed under Rule 25.

No. 11–0529/AF. U.S. v. Matthew C. Roth. CCA S31834. Review granted on the following issues:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUS-SELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER* AND *JONES*.

No briefs will be filed under Rule 25.